**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF KANSAS**

**IN RE:**

Matt M Montgomery
Tina R Montgomery
Debtors — Case No: 14-20689-13

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby Objects to the Debtors' Chapter 13 Plan filed on March 29, 2014. In support of the Trustee's Objection, the court is advised as follows:

1. The plan is unfeasible due to the IRS proof of claim. Per the 2013 returns provided to the Trustee, the Debtors owe $1523 for 2013. If $1523 is accurate, then the plan is still unfeasible and a plan payment of $751 per month is needed for the case to run 60 months.

2. Please clarify the treatment of Kaw Valley Bank's second mortgage. It appears that Debtors are proposing to pay this claim to value ($1232.58) as opposed to paying the claim in full ($7402.33). Please amend the plan to clarify.

3. In addition, please amend the plan to clarify the treatment of the third mortgage creditor, Wells Fargo Financial.

4.

5.

Until the Debtors' Chapter 13 Plan is modified where appropriate to resolve the Trustee's Objection, the Trustee prays the Court deny confirmation of the Debtors' Plan as proposed.

**WHEREFORE**, the Chapter 13 Trustee hereby objects to the Debtors' Chapter 13 Plan as proposed for the reasons more fully outlined herein.

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

s/ W.H. Griffin, Chapter 13 Trustee

Matt M Montgomery
Tina R Montgomery
915 Cedar Court
Eudora, KS 66025